Timothy J. Eckstein, 018321
Joshua D. Bendor, 031908
OSBORN MALEDON, P.A.
2929 N. Central Ave., Suite 2100
Phoenix, Arizona 85012-2793
(602) 640-9000
teckstein@omlaw.com
jbendor@omlaw.com

Katherine Chamblee-Ryan
Olevia Boykin
CIVIL RIGHTS CORPS
1601 Connecticut Ave. NW, Suite 800
Washington, D.C. 20009
(202) 656-5189
katie@civilrightscorps.org
olevia@civilrightscorps.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Deshawn Briggs, *et. al.*, | No. CV-18-2684-PHX-EJM |
|---|---|
| Plaintiffs, | **STIPULATION OF DISMISSAL OF PLAINTIFFS MCKENNA STEPHENS AND TAJA COLLIER** |
| v. | |
| Allister Adel, *et. al.*, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal with prejudice of Plaintiffs McKenna Stephens and Taja Collier from this lawsuit. Because Plaintiff Collier was the only Plaintiff pursuing Count Three, the dismissal of Ms. Collier also requires the dismissal of Count Three from the Second Amended Complaint. The parties further stipulate that each party shall bear their own costs and attorneys' fees incurred in connection with the claims asserted by Plaintiffs McKenna Stephens and Taja Collier.

DATED this 3rd day of February, 2020.

BY: s/Katherine Chamblee-Ryan

    Katherine Chamblee-Ryan
    Olevia Boykin
    CIVIL RIGHTS CORPS
    1601 Connecticut Ave. NW, Suite 800
    Washington, D.C. 20009

    Timothy J. Eckstein
    Joshua D. Bendor
    OSBORN MALEDON
    2929 N. Central Ave., Suite 2100
    Phoenix, Arizona  85012-2793

    Attorneys for Plaintiffs

SNELL & WILMER L.L.P.

BY: /s/ Kelly A. Kszywienski

    Robert A. Henry
    Kelly A. Kszywienski
    Amanda Z. Weaver
    One Arizona Center
    400 E. Van Buren, Suite 1900
    Phoenix, Arizona 85004-2202

*Attorneys for Defendant Treatment Assessment Screening Center, Inc.*

ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

BY:  /s/ Ann Thompson Uglietta

    ANN THOMPSON UGLIETTA
    JOSEPH BRANCO
    Deputy County Attorneys

*Attorneys for Defendants Maricopa County and Maricopa County Attorney Adel*

CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2020 I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable Eric J. Markovich
United States District Court
Evo A. DeConcini U.S. Courthouse
405 West Congress Street, Suite 3160
Tucson, Arizona 85701

Robert Arthur Henry
Kelly Ann Kszywienski
Amanda Z. Weaver
Snell & Wilmer LLP - Phoenix, AZ
1 Arizona Center
400 East Van Buren
Phoenix, Arizona 85004-2202
bhenry@swlaw.com
kkszywienski@swlaw.com
aweaver@swlaw.com
Phxecf@swlaw.com
*Attorneys for Defendant Treatment Assessment Screening Center, Inc.*


ANN THOMPSON UGLIETTA
JOSEPH BRANCO
Deputy County Attorneys
Maricopa County Attorney's Office
CIVIL SERVICES DIVISION
Security Center Building
222 North Central Avenue, Suite 1100
Phoenix, Arizona  85004
uglietta@mcao.maricopa.gov
brancoj@mcao.maricopa.gov
ca-civilmailbox@mcao.maricopa.gov

*Attorneys for Defendants Maricopa County and Maricopa County Attorney Adel*


/s/ Katherine-Chamblee Ryan