Timothy J. Eckstein, 018321
Joshua D. Bendor, 031908
OSBORN MALEDON, P.A.
2929 N. Central Ave., Suite 2100
Phoenix, Arizona 85012-2793
(602) 640-9000
teckstein@omlaw.com
jbendor@omlaw.com

Stanley Young
COVINGTON & BURLING LLP
5 Palo Alto Square
Palo Alto, California 94306
(650) 632-4704
syoung@cov.com

Katherine Chamblee-Ryan
Olevia Boykin
ImeIme Umana
CIVIL RIGHTS CORPS
1601 Connecticut Ave. NW, Suite 800
Washington, D.C. 20009
(202) 656-5189
katie@civilrightscorps.org
olevia@civilrightscorps.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Deshawn Briggs, *et. al.*, | |
|---|---|
| Plaintiffs, | No. CV-18-2684-PHX-EJM |
| v. | **JOINT SETTLEMENT STATUS REPORT** |
| Allister Adel, *et. al.*, | |
| Defendants. | **(DOC. 106)** |

The parties submit this settlement status report in accordance with this Court's Scheduling Order, Doc. 106. The parties have not engaged in substantive settlement talks since the last joint update to the Court. All parties are amenable to continuing settlement talks and will endeavor to do so.

DATED this 9th day of March, 2020.

By /s/Olevia Boykin
Olevia Boykin

Katherine Chamblee-Ryan
ImeIme Umana
CIVIL RIGHTS CORPS
1601 Connecticut Ave. NW, Suite 800
Washington, D.C. 20009

Timothy J. Eckstein
Joshua D. Bendor
OSBORN MALEDON
2929 N. Central Ave., Suite 2100
Phoenix, Arizona 85012-2793

Stanley Young
COVINGTON & BURLING LLP
5 Palo Alto Square
Palo Alto, California 94306
(650) 632-4704
syoung@cov.com

Attorneys for Plaintiffs


SNELL & WILMER L.L.P.

BY: /s/Robert A. Henry
Robert A. Henry
Kelly A. Kszywienski
Amanda Z. Weaver
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

*Attorneys for Defendant Treatment
Assessment Screening Center, Inc.*

ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

BY: /s/Ann Thompson Uglietta
ANN THOMPSON UGLIETTA
JOSEPH BRANCO
Deputy County Attorneys
*Attorneys for Defendants Maricopa County
and Maricopa County Attorney Adel*

CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2020, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable Eric J. Markovich
United States District Court
Evo A. DeConcini U.S. Courthouse
405 West Congress Street, Suite 3160
Tucson, Arizona 85701
Robert A. Henry
Kelly A. Kszywienski
Amanda Z. Weaver
Snell & Wilmer LLP - Phoenix, AZ
1 Arizona Center
400 East Van Buren
Phoenix, Arizona 85004-2202
bhenry@swlaw.com
kkszywienski@swlaw.com
aweaver@swlaw.com
Phxecf@swlaw.com
*Attorneys for TASC*


ANN THOMPSON UGLIETTA
JOSEPH BRANCO
Deputy County Attorneys
Maricopa County Attorney's Office
CIVIL SERVICES DIVISION
Security Center Building
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
uglietta@mcao.maricopa.gov
brancoj@mcao.maricopa.gov
ca-civilmailbox@mcao.maricopa.gov

*Attorneys for Defendants Maricopa County and Maricopa County Attorney Adel*


/s/Olevia Boykin

3