ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

By:     ANN THOMPSON UGLIETTA (013696)
        JOSEPH BRANCO (031474)
        HOWARD LEVINE (035170)
        Deputy County Attorneys
        uglietta@mcao.maricopa.gov
        brancoj@mcao.maricopa.gov
        levineh@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4317
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorneys for Defendants Maricopa County and
Maricopa County Attorney Allister Adel

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deshawn Briggs, et al., | CV-18-02684-PHX-EJM |
| Plaintiffs, | |
| v. | **NOTICE OF SETTLEMENT OF ALL CLAIMS AND ALL REQUESTS FOR RELIEF ASSERTED AGAINST COUNTY DEFENDANTS, OTHER THAN REQUEST FOR ATTORNEYS' FEES AND COSTS ASSERTED AGAINST COUNTY DEFENDANTS** |
| Allister Adel, in her official capacity as County Attorney of Maricopa County, et al., | |
| Defendants. | |

Plaintiffs Deshawn Briggs, Lucia Soria and Antonio Pascale, as Personal

Representative of the Estate of Mark Pascale, ("Plaintiffs") and Defendants Maricopa

County and Maricopa County Attorney Allister Adel ("County Defendants") provide notice that they have reached a settlement of all claims and all requests for relief asserted against County Defendants in the above-encaptioned case, other than Plaintiffs' attorneys' fees/costs request asserted against County Defendants.  Plaintiffs and County Defendants will submit their stipulated motion for dismissal with prejudice of all claims/requests for relief asserted against County Defendants, other than Plaintiffs' attorneys' fees/costs request, upon finalizing related settlement documentation.

Plaintiffs and County Defendants also are negotiating a potential settlement of Plaintiffs' attorneys' fees/costs request asserted against County Defendants.  If Plaintiffs and County Defendants reach a settlement of Plaintiffs' attorneys' fees/costs request asserted against County Defendants, they will submit a stipulated motion for dismissal of such request with prejudice.  If Plaintiffs and County Defendants are unable to reach a settlement of Plaintiffs' attorneys' fees/costs request asserted against County Defendants, they will submit such request to the Court for determination.

RESPECTFULLY SUBMITTED this 30th  day of  July 2020.

ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

BY: /s/Ann Thompson Uglietta
ANN THOMPSON UGLIETTA
JOSEPH J. BRANCO
HOWARD LEVINE
Deputy County Attorneys
*Attorneys for Defendants Maricopa County*
*and Maricopa County Attorney Allister Adel*

BY:  /s/Katherine Chamblee-Ryan
Katherine Chamblee-Ryan
Olevia Boykin
CIVIL RIGHTS CORPS
1601 Connecticut Ave. NW, Suite 800
Washington, D.C. 20009

Timothy J. Eckstein
Joshua D. Bendor
OSBORN MALEDON
2929 N. Central Ave., Suite 2100
Phoenix, Arizona  85012-2793

Stanley Young
COVINGTON & BURLING LLP
5 Palo Alto Sq.
Palo Alto, CA 94306

Sarah MacDougall
COVINGTON & BURLING LLP
620 8th Avenue
New York, New York 100018

Virginia A. Williamson
COVINGTON & BURLING LLP
850 10th St. NW
Washington D.C. 20001

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2020, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable Eric J. Markovich
United States District Court
Evo A. DeConcini U.S. Courthouse
405 West Congress Street, Suite 3160
Tucson, AZ 85701

Katherine Chamblee-Ryan
Olevia Boykin
CIVIL RIGHTS CORPS
1601 Connecticut Ave.
NW., Suite 800
Washington, D.C. 20009
(202) 656-5189

katie@civilrightscorps.org
olevia@civilrightscorps.org
ryan@civilrightscorps.org
*Attorneys for Plaintiffs*

Timothy J. Eckstein, 018321
Joshua D. Bendor, 031908
OSBORN MALEDON, P.A.
2929 N. Central Ave., Suite 2100
Phoenix, Arizona 85012-2793
(602) 640-9000
teckstein@omlaw.com
jbendor@omlaw.com
*Attorneys for Plaintiffs*

Stanley Young
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306-2112
syoung@cov.com
*Attorney for Plaintiffs*

Sarah MacDougall
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
smacdougall@cov.com
*Attorneys for Plaintiffs*

Virginia A. Williamson
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
vwilliamson@cov.com
nbaer@cov.com
*Attorneys for Plaintiffs*

1

2 Kelly A. Kszywienski
  Robert A. Henry
3 Amanda Z. Weaver
  Snell & Wilmer LLP - Phoenix, AZ
4 One Arizona Center
  400 E. Van Buren, Suite 1900
5 Phoenix, Arizona 85004-2202
6 kkszywienski@swlaw.com
  bhenry@swlaw.com
7 aweaver@swlaw.com
8 Phxecf@swlaw.com
  *Attorneys for Defendant Treatment Assessment Screening Center, Inc.*
9
10 /s/ S. Rojas

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28