Timothy J. Eckstein, 018321
Joshua D. Bendor, 031908
OSBORN MALEDON, P.A.
2929 N. Central Ave., Suite 2100
Phoenix, Arizona 85012-2793
(602) 640-9000
teckstein@omlaw.com
jbendor@omlaw.com

Stanley Young
COVINGTON & BURLING LLP
5 Palo Alto Square
Palo Alto, California 94306
(650) 632-4704
syoung@cov.com

Katherine Chamblee-Ryan
Olevia Boykin
CIVIL RIGHTS CORPS
1601 Connecticut Ave. NW, Suite 800
Washington, D.C. 20009
(202) 656-5189
olevia@civilrightscorps.org
katie@civilrightscorps.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deshawn Briggs, *et. al.*,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>Allister Adel, *et al.*<br><br>　　　　　　Defendants. | No. CV-18-2684-PHX-EJM<br><br>**NOTICE OF SERVICE OF PLAINTIFFS' FOURTH SUPPLEMENTAL MANDATORY INITIAL DISCOVERY RESPONSES** |

On August 28, 2020, Plaintiffs served upon Defendants, via electronic mail, copies of their Fourth Supplemental Mandatory Initial Discovery Responses, pursuant to General Order 17-08 and this Court's Preliminary Order, Doc. 10.

DATED this 28th day of August, 2020.

By /s/Katherine Chamblee-Ryan
Katherine Chamblee-Ryan
Olevia Boykin
CIVIL RIGHTS CORPS
1601 Connecticut Ave. NW, Suite 800
Washington, D.C. 20009

Timothy J. Eckstein
Joshua D. Bendor
OSBORN MALEDON
2929 N. Central Ave., Suite 2100
Phoenix, Arizona 85012-2793

COVINGTON & BURLING LLP
Stanley Young
5 Palo Alto Sq.
Palo Alto, CA 94306
(650) 632-4704
syoung@cov.com

Sarah Mac Dougall
620 8th Avenue
New York, New York, 10018
(212) 841-1215
smacdougall@cov.com

Virginia Williamson
850 10th St. NW
Washington, D.C. 20001
(202) 662-5983
vwilliamson@cov.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2020, the attached document was served via CM/ECF upon counsel for all Defendants.

/s/Katherine Chamblee-Ryan<br>
Katherine Chamblee-Ryan