Timothy J. Eckstein, 018321
Joshua D. Bendor, 031908
OSBORN MALEDON, P.A.
2929 N. Central Ave., Suite 2100
Phoenix, Arizona  85012-2793
(602) 640-9000
teckstein@omlaw.com
jbendor@omlaw.com

Stanley Young
COVINGTON & BURLING LLP
5 Palo Alto Square
Palo Alto, California 94306
(650) 632-4704
syoung@cov.com

Katherine Chamblee-Ryan
Olevia Boykin
CIVIL RIGHTS CORPS
1601 Connecticut Ave. NW, Suite 800
Washington, D.C. 20009
(202) 656-5189
olevia@civilrightscorps.org
katie@civilrightscorps.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deshawn Briggs, *et. al.*,<br><br>　　　　　　Plaintiffs,<br>v.<br>Allister Adel, *et. al.*,<br>　　　　　　Defendants. | No.  CV-18-2684-PHX-EJM<br><br>**JOINT REPORT ON SETTLEMENT** |

　　　Pursuant to this Court's Order on September 14, 2020 (Doc. 182), the parties submit this Joint Settlement Status Report.

　　　Plaintiffs and Defendant Allister Adel, in her official capacity, and Maricopa County ("County Defendants"), have reached a settlement agreement in principle with respect to Plaintiffs' claims. On July 30, 2020, Plaintiffs and Defendants Maricopa County and Maricopa County Attorney Allister Adel filed their Notice of Settlement. [Doc. 174]

They are working on finalization of related settlement documentation. They anticipate completing that work and filing the related dismissal documents in the near future.

Plaintiffs and the County Defendants also will begin working on settlement negotiations regarding Plaintiffs' attorneys' fees and costs requests asserted as to County Defendants, only. They will propose deadlines for status reports regarding those negotiations, along with a proposal for the Court to set a briefing schedule for litigation regarding those requests, per Rule 54, Fed. R. Civ. P., LRCiv. 54.1 and LR Civ 54.2, to the extent their settlement efforts are unsuccessful.

Plaintiffs and Defendant TASC have now begun active settlement discussions. Defendant TASC submitted a settlement proposal to Plaintiffs on August 27, 2020. On September 16, 2020, Plaintiffs submitted a counter-proposal to Defendant TASC, which is currently pending. In that proposal, Plaintiffs stated their belief that it would be most productive to work toward settlement with a mediator and proposed asking this Court for a referral to a magistrate for that purpose. TASC appreciates the mediation suggestion, is evaluating it and will be responding to Plaintiff early next week regarding the prospect and timing of a potential mediation.

DATED this 18th day of September, 2020.

By  s/Joshua D. Bendor
Katherine Chamblee-Ryan
CIVIL RIGHTS CORPS
1601 Connecticut Ave. NW, Suite 800
Washington, D.C. 20009

Timothy J. Eckstein
Joshua D. Bendor
OSBORN MALEDON
2929 N. Central Ave., Suite 2100
Phoenix, Arizona  85012-2793

COVINGTON & BURLING LLP
Stanley Young
5 Palo Alto Sq.
Palo Alto, CA 94306
(650) 632-4704
syoung@cov.com

|   |   |
|---|---|
| 1 | |
| 2 | Sarah Mac Dougall<br>620 8th Avenue<br>New York, New York, 10018<br>(212) 841-1215<br>smacdougall@cov.com |
| 3 | |
| 4 | |
| 5 | Virginia Williamson<br>850 10th St. NW<br>Washington, D.C. 20001<br>(202) 662-5983<br>vwilliamson@cov.com |
| 6 | |
| 7 | |
| 8 | *Attorneys for Plaintiffs* |
| 9 | ALLISTER ADEL<br>MARICOPA COUNTY ATTORNEY |
| 10 | |
| 11 | BY: <u>s/ Ann Thompson Uglietta (w/permission)</u><br>ANN THOMPSON UGLIETTA |
| 12 | JOSEPH J. BRANCO<br>HOWARD LEVINE |
| 13 | Deputy County Attorneys<br>*Attorneys for Defendants Maricopa County and* |
| 14 | *Maricopa County Attorney Allister Adel* |
| 15 | |
| 16 | SNELL & WILMER L.L.P. |
| 17 | |
| 18 | By: <u>s/ Jennifer Hadley Catero (w/permission)</u><br>Robert A. Henry |
| 19 | Kelly A. Kszywienski<br>Amanda Z. Weaver |
| 20 | Jennifer Hadley Catero<br>One Arizona Center |
| 21 | 400 E. Van Buren, Suite 1900<br>Phoenix, Arizona  85004-2202 |
| 22 | *Attorneys for Defendant Treatment Assessment Screening Center, Inc.* |