ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

By:    ANN THOMPSON UGLIETTA (013696)
       JOSEPH BRANCO (031474)
       HOWARD LEVINE (035170)
       Deputy County Attorneys
       uglietta@mcao.maricopa.gov
       brancoj@mcao.maricopa.gov
       levineh@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4317
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorneys for Defendants Maricopa County and
Maricopa County Attorney Allister Adel

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deshawn Briggs, et al., | CV-18-02684-PHX-EJM |
| Plaintiffs, | |
| v. | **STIPULATED MOTION TO DISMISS WITH PREJUDICE ALL CLAIMS AND ALL REQUESTS FOR RELIEF ASSERTED AGAINST COUNTY DEFENDANTS, WITH THE SOLE AND EXCLUSIVE EXCEPTION OF PLAINTIFFS' REQUEST FOR ATTORNEYS' FEES AND COSTS INCURRED PRIOR TO MAY 9, 2020 IN ASSERTING CLAIMS AND REQUESTS FOR RELIEF AGAINST COUNTY DEFENDANTS, ONLY** |
| Allister Adel, in her official capacity as County Attorney of Maricopa County, et al., | |
| Defendants. | |

To effectuate partial settlement, Plaintiffs Deshawn Briggs, Lucia Soria and Antonio Pascale, as Personal Representative of the Estate of Mark Pascale, ("Plaintiffs") and Defendants Maricopa County and Maricopa County Attorney Allister Adel ("County Defendants") stipulate and jointly move for entry of this Court's Order dismissing with prejudice each and every claim and each and every request for relief asserted against County Defendants in this case, including each and every claim and each and every request for relief alleged by Plaintiffs individually and as putative class representatives on behalf of putative classes and on behalf of themselves as putative class members, including requests for attorneys' fees and costs, with the sole and exclusive exception of Plaintiffs' request for their reasonable attorneys' fees and costs incurred prior to May 9, 2020 in asserting claims and requests for relief in this case against County Defendants, only.[1]  Each side shall bear their own attorneys' fees and costs incurred in negotiating and documenting the partial settlement and related dismissal filings.

With respect to Plaintiffs' sole and exclusive remaining request for relief against County Defendants, *i.e.*, Plaintiffs' request for reasonable attorneys' fees and costs incurred prior to May 9, 2020 in asserting claims and requests for relief in this case against County Defendants, only, Plaintiffs and County Defendants are attempting to negotiate a potential out-of-court settlement of such request.  If such settlement efforts are unsuccessful, Plaintiffs and County Defendants will submit such request for the Court's determination pursuant to Rule

---

[1] This includes not to exceed a total of one-half (50%) of nonsegregable reasonable attorneys' fees and costs incurred in asserting claims and requests against both the County Defendants and Defendant TASC.

54, Fed. R. Civ. P., LRCiv. 54.1 and LRCiv 54.2.[2]   Plaintiffs and County Defendants respectfully request that the Court set deadlines for Plaintiffs and County Defendants to jointly file status reports regarding the status of settlement negotiations with respect to such request on November 13, 2020, November 20, 2020, and December 4, 2020.  They also request that the Court set a briefing schedule for submitting such request for the Court's determination under Rule 54, Fed. R. Civ. P., LRCiv. 54.1 and LR Civ 54.2, if Plaintiffs and County Defendants have not made notification of reaching a settlement agreement with respect to such request on or before December 4, 2020.

RESPECTFULLY SUBMITTED this 27th day of October 2020.

ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

BY:  /s/ Ann Thompson Uglietta
ANN THOMPSON UGLIETTA
JOSEPH J. BRANCO
HOWARD LEVINE
Deputy County Attorneys
*Attorneys for Defendants Maricopa County*
*and Maricopa County Attorney Allister Adel*

BY: /s/ Katherine Chamblee-Ryan (with permission)
Katherine Chamblee-Ryan
Olevia Boykin
CIVIL RIGHTS CORPS
1601 Connecticut Ave. NW, Suite 800
Washington, D.C. 20009

---

[2]  Each side will bear their own attorneys' fees and costs incurred in settlement or litigation in relation to Plaintiffs' sole and exclusive remaining request for relief against County Defendants, *i.e.*, Plaintiffs' request for reasonable attorneys' fees and costs incurred prior to May 9, 2020 in asserting claims and requests for relief in this case against County Defendants, only.

BY: /s/ Timothy J. Eckstein (with permission)
  Timothy J. Eckstein
  Joshua D. Bendor
  OSBORN MALEDON
  2929 N. Central Ave., Suite 2100
  Phoenix, Arizona 85012-2793

BY: /s/ Stanley Young (with permission)
  Stanley Young
  COVINGTON & BURLING LLP
  5 Palo Alto Sq.
  Palo Alto, CA 94306

BY: /s/ Sarah MacDougall (with permission)
  Sarah MacDougall
  COVINGTON & BURLING LLP
  620 8th Avenue
  New York, New York 100018

BY: /s/ Virginia A. Williamson (with permission)
  Virginia A. Williamson
  COVINGTON & BURLING LLP
  850 10th St. NW
  Washington D.C. 20001
  *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2020, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable Eric J. Markovich
United States District Court
Evo A. DeConcini U.S. Courthouse
405 West Congress Street, Suite 3160
Tucson, AZ 85701

Katherine Chamblee-Ryan
Olevia Boykin
CIVIL RIGHTS CORPS
1601 Connecticut Ave.
NW., Suite 800
Washington, D.C. 20009
(202) 656-5189
katie@civilrightscorps.org
olevia@civilrightscorps.org
ryan@civilrightscorps.org
*Attorneys for Plaintiffs*

4

1

2  Timothy J. Eckstein, 018321
   Joshua D. Bendor, 031908
3  OSBORN MALEDON, P.A.
   2929 N. Central Ave., Suite 2100
4  Phoenix, Arizona 85012-2793
   (602) 640-9000
5  teckstein@omlaw.com
6  jbendor@omlaw.com
   *Attorneys for Plaintiffs*
7

8  Stanley Young
   COVINGTON & BURLING LLP
9  3000 El Camino Real
   5 Palo Alto Square, 10th Floor
10 Palo Alto, California 94306-2112
11 syoung@cov.com
   *Attorney for Plaintiffs*
12

13 Sarah MacDougall
   Covington & Burling LLP
14 The New York Times Building
   620 Eighth Avenue
15 New York, NY 10018-1405
16 smacdougall@cov.com
   *Attorneys for Plaintiffs*
17

18 Virginia A. Williamson
   Covington & Burling LLP
19 One City Center
   850 Tenth Street, NW
20 Washington, DC 20001-4956
21 vwilliamson@cov.com
   nbaer@cov.com
22 *Attorneys for Plaintiffs*

23
   Kelly A. Kszywienski
24 Robert A. Henry
   Amanda Z. Weaver
25 Snell & Wilmer LLP - Phoenix, AZ
   One Arizona Center
26 400 E. Van Buren, Suite 1900
   Phoenix, Arizona 85004-2202
27

28

kkszywienski@swlaw.com
bhenry@swlaw.com
aweaver@swlaw.com
Phxecf@swlaw.com
*Attorneys for Defendant Treatment Assessment Screening Center, Inc.*

/s/ S. Rojas