Timothy J. Eckstein, 018321
Joshua D. Bendor, 031908
OSBORN MALEDON, P.A.
2929 N. Central Ave., Suite 2100
Phoenix, Arizona 85012-2793
(602) 640-9000
teckstein@omlaw.com
jbendor@omlaw.com

Stanley Young
COVINGTON & BURLING LLP
5 Palo Alto Square
Palo Alto, California 94306
(650) 632-4704
syoung@cov.com

Katherine Chamblee-Ryan
Olevia Boykin
CIVIL RIGHTS CORPS
1601 Connecticut Ave. NW, Suite 800
Washington, D.C. 20009
(202) 656-5189
olevia@civilrightscorps.org
katie@civilrightscorps.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deshawn Briggs, *et. al.*,<br><br>　　　　　Plaintiffs,<br>v.<br>Allister Adel, *et. al.*,<br><br>　　　　　Defendants. | No. CV-18-2684-PHX-EJM<br><br>**JOINT REPORT ON SETTLEMENT** |

Pursuant to this Court's Order on September 14, 2020 (Doc. 182), the parties submit this Joint Settlement Status Report.

Plaintiffs and the County Defendants filed their Stipulation to Dismiss with Prejudice and related Proposed Order as to all claims and requests for relief, other than certain requests for attorneys' fees and costs, on October 27, 2020. They will attempt to reach a settlement re: the latter and if unsuccessful, they will notify the Court and ask for a briefing schedule re: same per applicable rules. [Doc. 196] They will update the

Court on the status of such settlement negotiations, including on or before December 4, 2020, per Doc. 192.

Plaintiffs and Defendant TASC have exchanged settlement communications and are scheduled to have a settlement conference before Magistrate Judge Jacqueline M. Rateau on January 26, 2021.

DATED this 2nd day of November, 2020.

By /s/Katherine Chamblee-Ryan
Katherine Chamblee-Ryan
CIVIL RIGHTS CORPS
1601 Connecticut Ave. NW, Suite 800
Washington, D.C. 20009

Timothy J. Eckstein
Joshua D. Bendor
OSBORN MALEDON
2929 N. Central Ave., Suite 2100
Phoenix, Arizona  85012-2793

COVINGTON & BURLING LLP
Stanley Young
5 Palo Alto Sq.
Palo Alto, CA 94306
(650) 632-4704
syoung@cov.com

Sarah Mac Dougall
620 8th Avenue
New York, New York, 10018
(212) 841-1215
smacdougall@cov.com

Virginia Williamson
850 10th St. NW
Washington, D.C. 20001
(202) 662-5983
vwilliamson@cov.com

*Attorneys for Plaintiffs*

ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

BY: /s/Ann Thompson Uglietta
ANN THOMPSON UGLIETTA
JOSEPH J. BRANCO
HOWARD LEVINE
Deputy County Attorneys
*Attorneys for Defendants Maricopa County and Maricopa County Attorney Allister Adel*

SNELL & WILMER L.L.P.

By: Robert A. Henry
Robert A. Henry
Kelly A. Kszywienski
Amanda Z. Weaver
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
*Attorneys for Defendant Treatment Assessment Screening Center, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2020 I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable Eric J. Markovich
United States District Court
Evo A. DeConcini U.S. Courthouse
405 West Congress Street, Suite 3160
Tucson, Arizona 85701

Robert Arthur Henry
Kelly Ann Kszywienski
Amanda Z. Weaver
Snell & Wilmer LLP - Phoenix, AZ
1 Arizona Center

1 | 400 East Van Buren
2 | Phoenix, Arizona 85004-2202
   | bhenry@swlaw.com
3 | kkszywienski@swlaw.com
4 | aweaver@swlaw.com
   | Phxecf@swlaw.com
5 | *Attorneys for Defendant Treatment Assessment Screening Center, Inc.*
6 |
7 | ANN THOMPSON UGLIETTA
8 | JOSEPH BRANCO
   | Deputy County Attorneys
9 | Maricopa County Attorney's Office
   | CIVIL SERVICES DIVISION
10 | Security Center Building
11 | 222 North Central Avenue, Suite 1100
   | Phoenix, Arizona  85004
12 | uglietta@mcao.maricopa.gov
13 | brancoj@mcao.maricopa.gov
   | ca-civilmailbox@mcao.maricopa.gov
14 |
15 | *Attorneys for Defendants Maricopa County and Maricopa County Attorney Adel*
16 |
17 |                                         /s/Katherine Chamblee-Ryan