ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

By:     ANN THOMPSON UGLIETTA (013696)
        JOSEPH BRANCO (031474)
        HOWARD LEVINE (035170)
        Deputy County Attorneys
        uglietta@mcao.maricopa.gov
        brancoj@mcao.maricopa.gov
        levineh@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4317
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorneys for Defendants Maricopa County and
Maricopa County Attorney Allister Adel

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deshawn Briggs, et al., | CV-18-02684-PHX-EJM |
| Plaintiffs, | **PLAINTIFFS' AND COUNTY DEFENDANTS' JOINT SETTLEMENT STATUS REPORT** |
| v. | |
| Allister Adel, in her official capacity as County Attorney of Maricopa County, et al., | **[Doc. 199]** |
| Defendants. | |

Per the Court's Order dated November 3, 2020 [Doc. 199], Plaintiffs and

Defendants Maricopa County and Maricopa County Attorney Allister Adel ("County

Defendants") provide their joint settlement status report regarding certain attorneys' fees

1

and costs claims, which are the sole issue remaining to be resolved between them in this case.

On November 11, 2020, Plaintiffs provided their initial settlement offer re: attorneys' fees.  County Defendants currently are reviewing this settlement offer.

As their settlement negotiations re: attorneys' fees and costs continue, Plaintiffs and County Defendants jointly will provide further update to the Court  per Doc. 199.

RESPECTFULLY SUBMITTED this 13th day of  November 2020.

ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

BY:  /s/Ann Thompson Uglietta
     ANN THOMPSON UGLIETTA
     JOSEPH J. BRANCO
     HOWARD LEVINE
     Deputy County Attorneys
     *Attorneys for Defendants Maricopa County
     and Maricopa County Attorney Allister Adel*

BY:  /s/Joshua D. Bendor *(w/permission)*
     Timothy J. Eckstein
     Joshua D. Bendor
     OSBORN MALEDON
     2929 N. Central Ave., Suite 2100
     Phoenix, Arizona  85012-2793

     Katherine Chamblee-Ryan
     Olevia Boykin
     CIVIL RIGHTS CORPS
     1601 Connecticut Ave. NW, Suite 800
     Washington, D.C. 20009

     Stanley Young
     COVINGTON & BURLING LLP
     5 Palo Alto Sq.
     Palo Alto, CA 94306

     Sarah MacDougall
     COVINGTON & BURLING LLP
     620 8th Avenue
     New York, New York 100018

Virginia A. Williamson
COVINGTON & BURLING LLP
850 10th St. NW
Washington D.C. 20001

*Attorneys for Plaintiffs*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 13, 2020, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable Eric J. Markovich
United States District Court
Evo A. DeConcini U.S. Courthouse
405 West Congress Street, Suite 3160
Tucson, AZ 85701

Katherine Chamblee-Ryan
Olevia Boykin
CIVIL RIGHTS CORPS
1601 Connecticut Ave.
NW., Suite 800
Washington, D.C. 20009
(202) 656-5189
katie@civilrightscorps.org
olevia@civilrightscorps.org
ryan@civilrightscorps.org
*Attorneys for Plaintiffs*

Timothy J. Eckstein, 018321
Joshua D. Bendor, 031908
OSBORN MALEDON, P.A.
2929 N. Central Ave., Suite 2100
Phoenix, Arizona 85012-2793
(602) 640-9000
teckstein@omlaw.com
jbendor@omlaw.com
*Attorneys for Plaintiffs*

Stanley Young
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor

Palo Alto, California 94306-2112
syoung@cov.com
*Attorney for Plaintiffs*

Sarah MacDougall
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
smacdougall@cov.com
*Attorneys for Plaintiffs*

Virginia A. Williamson
Covington & Burling LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
vwilliamson@cov.com
nbaer@cov.com
*Attorneys for Plaintiffs*

Kelly A. Kszywienski
Robert A. Henry
Amanda Z. Weaver
Snell & Wilmer LLP - Phoenix, AZ
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
kkszywienski@swlaw.com
bhenry@swlaw.com
aweaver@swlaw.com
Phxecf@swlaw.com
*Attorneys for Defendant Treatment Assessment Screening Center, Inc.*

/s/ S. Rojas _____