ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

By:  ANN THOMPSON UGLIETTA (013696)
     JOSEPH BRANCO (031474)
     HOWARD LEVINE (035170)
     Deputy County Attorneys
     uglietta@mcao.maricopa.gov
     brancoj@mcao.maricopa.gov
     levineh@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4317
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorneys for Defendants Maricopa County and
Maricopa County Attorney Allister Adel

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Deshawn Briggs, et al.,<br><br>            Plaintiffs,<br>v.<br><br>Allister Adel, in her official capacity as County Attorney of Maricopa County, et al.,<br><br>            Defendants. | CV-18-02684-PHX-EJM<br><br>**PLAINTIFFS' AND COUNTY DEFENDANTS' JOINT SETTLEMENT STATUS REPORT**<br><br>[**Docs. 199, 212**] |

Per the Court's Orders dated November 3, 2020 [Doc. 199] and December 8, 2020 [Doc. 212], Plaintiffs and Defendants Maricopa County and Maricopa County Attorney Allister Adel ("County Defendants") provide their joint settlement status report regarding

1

certain attorneys' fees and costs claims, which are the sole issue remaining to be resolved between them in this case.

On November 11, 2020, Plaintiffs provided their initial settlement offer re: attorneys' fees.  On November 25, 2020, Plaintiffs provided certain additional information requested by County Defendants.  On December 17, 2020, County Defendants provided their counter offer re: attorneys' fees.  On January 6, 2021, Plaintiffs responded to County Defendants' counter offer.  County Defendants are reviewing Plaintiffs' response.

RESPECTFULLY SUBMITTED this 8th day of January 2021.

>ALLISTER ADEL
>MARICOPA COUNTY ATTORNEY
>
>BY: /s/Ann Thompson Uglietta
>    ANN THOMPSON UGLIETTA
>    JOSEPH J. BRANCO
>    HOWARD LEVINE
>    Deputy County Attorneys
>    *Attorneys for Defendants Maricopa County*
>    *and Maricopa County Attorney Allister Adel*
>
>
>BY: /s/Joshua D. Bendor *(w/permission)*
>    Timothy J. Eckstein
>    Joshua D. Bendor
>    OSBORN MALEDON
>    2929 N. Central Ave., Suite 2100
>    Phoenix, Arizona  85012-2793
>
>    Katherine Chamblee-Ryan
>    Olevia Boykin
>    CIVIL RIGHTS CORPS
>    1601 Connecticut Ave. NW, Suite 800
>    Washington, D.C. 20009
>
>    Stanley Young
>    COVINGTON & BURLING LLP
>    5 Palo Alto Sq.
>    Palo Alto, CA 94306

///

Sarah MacDougall
COVINGTON & BURLING LLP
620 8th Avenue
New York, New York 100018

Virginia A. Williamson
COVINGTON & BURLING LLP
850 10th St. NW
Washington D.C. 20001

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2021, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable Eric J. Markovich
United States District Court
Evo A. DeConcini U.S. Courthouse
405 West Congress Street, Suite 3160
Tucson, AZ 85701

Katherine Chamblee-Ryan
Olevia Boykin
CIVIL RIGHTS CORPS
1601 Connecticut Ave.
NW., Suite 800
Washington, D.C. 20009
(202) 656-5189
katie@civilrightscorps.org
olevia@civilrightscorps.org
ryan@civilrightscorps.org
*Attorneys for Plaintiffs*

Timothy J. Eckstein, 018321
Joshua D. Bendor, 031908
OSBORN MALEDON, P.A.
2929 N. Central Ave., Suite 2100
Phoenix, Arizona 85012-2793
(602) 640-9000
teckstein@omlaw.com
jbendor@omlaw.com
*Attorneys for Plaintiffs*

| | |
|---|---|
| 1 | Stanley Young |
| | COVINGTON & BURLING LLP |
| 2 | 3000 El Camino Real |
| 3 | 5 Palo Alto Square, 10th Floor |
| | Palo Alto, California 94306-2112 |
| 4 | syoung@cov.com |
| 5 | *Attorney for Plaintiffs* |
| 6 | Sarah MacDougall |
| | Covington & Burling LLP |
| 7 | The New York Times Building |
| 8 | 620 Eighth Avenue |
| | New York, NY 10018-1405 |
| 9 | smacdougall@cov.com |
| 10 | *Attorneys for Plaintiffs* |
| 11 | Virginia A. Williamson |
| | Covington & Burling LLP |
| 12 | One City Center |
| 13 | 850 Tenth Street, NW |
| | Washington, DC 20001-4956 |
| 14 | vwilliamson@cov.com |
| 15 | nbaer@cov.com |
| | *Attorneys for Plaintiffs* |
| 16 | |
| 17 | Kelly A. Kszywienski |
| | Robert A. Henry |
| 18 | Amanda Z. Weaver |
| | Snell & Wilmer LLP - Phoenix, AZ |
| 19 | One Arizona Center |
| 20 | 400 E. Van Buren, Suite 1900 |
| | Phoenix, Arizona 85004-2202 |
| 21 | kkszywienski@swlaw.com |
| | bhenry@swlaw.com |
| 22 | aweaver@swlaw.com |
| 23 | Phxecf@swlaw.com |
| | *Attorneys for Defendant Treatment Assessment Screening Center, Inc.* |
| 24 | |
| 25 | /s/ *J. Barksdale* |
| | S:\CIVIL\CIV\Matters\RM\2018\Briggs v Montgomery RM18-0151\Pleadings\01082021 Joint Settlement Status Report re Attys Fees Costs per Doc 199.docx |
| 26 | |
| 27 | |
| 28 | |