# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deshawn Briggs, et al., | No. CV-18-02684-PHX-EJM |
| Plaintiffs, | **ORDER** |
| v. | |
| County of Maricopa, et al., | |
| Defendants. | |

On December 29, 2020 Plaintiffs filed a Motion to Quash Defendant TASC's Subpoena to Slepian Smith, PLLC. (Doc. 220). On December 31, 2020 TASC filed a Motion to Strike Plaintiffs' Motion to Quash. (Doc. 221). TASC did not respond to the merits of Plaintiff's motion. Accordingly,

**IT IS HEREBY ORDERED** denying TASC's Motion to Strike Plaintiffs' Motion to Quash. (Doc. 221).

**IT IS FURTHER ORDERED** that TASC shall file a response to Plaintiffs' motion to quash the subpoena by **January 15, 2021**. Plaintiffs may file an optional reply to TASC's response by **January 21, 2021**.

Dated this 8th day of January, 2021.

_____
Eric J. Markovich
United States Magistrate Judge