IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deshawn Briggs, et al., | No. CV-18-02684-PHX-EJM |
| Plaintiffs, | **ORDER** |
| v. | |
| County of Maricopa, et al., | |
| Defendants. | |

Having considered the Joint Motion to Excuse County Defendants from Court-Ordered Mediation Set for January 26, 2021 and To Set Additional Joint Settlement Status Report Deadlines filed by Plaintiffs and Defendants Maricopa County and Maricopa County Attorney Allister Adel ("County Defendants"), and good cause appearing therefor, **IT IS HEREBY ORDERED** as follows:

1) GRANTING the Joint Motion to Excuse County Defendants from Court-Ordered Mediation Set for January 26, 2021 and To Set Additional Joint Settlement Status Report Deadlines (Doc. 225); and

2) ORDERING that the participation of County Defendants and the mediation of those certain attorneys' fees and costs claims not settled between Plaintiffs and County Defendants are excused from the Court-ordered mediation scheduled for January 26, 2021, and setting additional deadlines for Plaintiffs' and County Defendants' submittals of joint settlement status reports re: attorneys' fees and costs for February 5, 2021 and February 19, 2021.

Dated this 15th day of January, 2021.

_____
Eric J. Markovich
United States Magistrate Judge