1

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                        **FOR THE DISTRICT OF ARIZONA**

8

9   Deshawn Briggs, et al.,                          No. CV-18-02684-PHX-EJM

10                  Plaintiffs,                       **ORDER**

11  v.

12  County of Maricopa, et al.,

13                  Defendants.

14

15

16       The Court, having read and considered Defendant Treatment Assessment Screening

17  Center, Inc.'s ("TASC's") Motion to File Under Seal Response and Exhibits in Opposition

18  to Plaintiffs' Motion to Quash Defendant TASC's Subpoena to Slepian Smith, PLLC and

19  good cause appearing therefore,

20       **IT IS HEREBY ORDERED** Defendant TASC's Motion is granted for the reasons

21  set forth in the motion. (Doc. 226).

22       **IT IS FURTHER ORDERED** that the Clerk shall file under seal the unredacted

23  Response in opposition to Plaintiffs' Motion to Quash and Exhibits 1–4 to the Response,

24  which Defendants previously lodged with this Court. (Doc. 227). These documents

25  include: (1) documents disclosed in this litigation and concerning Ms. Soria's medical

26  history; (2) transcript excerpts of Lucia Soria's deposition testimony designated as

27  "Confidential" in this litigation addressing her medical history; (3) the Declaration of

28  Amanda Z. Weaver in support of TASC's Response to Plaintiffs' Motion to Quash

1    Defendant TASC's Subpoena to Slepian Smith, PLLC.

2         Dated this 19th day of January, 2021.

3

4

5                                              _____
                                               Eric J. Markovich
6                                              United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28