IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Deshawn Briggs, *et. al.*,

                Plaintiffs,

v.

Allister Adel, *et. al.*,

                Defendants.

No. CV-18-2684-PHX-EJM

**[PROPOSED] ORDER**

## [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR SIX-DAY EXTENSION OF TIME TO FILE REPLY REGARDING MOTION TO QUASH DEFENDANT TASC'S SUBPOENA TO SLEPIAN SMITH, PLLC

Pending before the Court is Unopposed Motion for a Six-Day Extension of Time to File a Reply Regarding Plaintiffs' Motion to Quash Defendant TASC's Subpoena to Slepian Smith, PLLC. Pursuant to Local Rule 7.3(a), the Motion is GRANTED. Plaintiffs' Reply is now due on January 27, 2021.