# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deshawn Briggs, et al., | No. CV-18-02684-PHX-EJM |
| Plaintiffs, | **ORDER** |
| v. | |
| County of Maricopa, et al., | |
| Defendants. | |

Pending before the Court is Plaintiffs' Unopposed Motion for a Six-Day Extension of Time to File a Reply to TASC's Response to Plaintiffs' Motion to Quash Defendant TASC's Subpoena to Slepian Smith, PLLC. **IT IS HEREBY ORDERED** granting the motion. (Doc. 231). Plaintiffs shall file their Reply on or before **January 27, 2021**.

Dated this 21st day of January, 2021.

Eric J. Markovich
United States Magistrate Judge