IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA (Tucson Division)

## CIVIL MINUTES – GENERAL

Date: January 26, 2021

Civil Case No.   CV-18-02684-PHX-EJM

Title:   Briggs et al v. Adel, et al.

---

Present:                Hon. Jacqueline Rateau

Magistrate                                                                                  Court
Courtroom Clerk:   N/A                                                      Reporter:        N/A

---

PROCEEDINGS:        _____Open Court        __X__Chambers        _____Other

     A telephonic/video settlement conference was held before Magistrate Judge Rateau. The parties have not reached a settlement at this time.

SETTLEMENT CONFERENCE (4.5 hours)

Hearing Start Time:        9:00 a.m.
Hearing End Time:          1:30 p.m.