ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

By:    ANN THOMPSON UGLIETTA (013696)
        JOSEPH BRANCO (031474)
        HOWARD LEVINE (035170)
        Deputy County Attorneys
        uglietta@mcao.maricopa.gov
        brancoj@mcao.maricopa.gov
        levineh@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4317
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorneys for Defendants Maricopa County and
Maricopa County Attorney Allister Adel

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deshawn Briggs, et al.,<br><br>        Plaintiffs,<br>v.<br><br>Allister Adel, in her official capacity as County Attorney of Maricopa County, et al.,<br><br>        Defendants. | CV-18-02684-PHX-EJM<br><br>**NOTICE OF SETTLEMENT OF PLAINTIFFS' REQUEST FOR ATTORNEYS' FEES AND COSTS ASSERTED AGAINST COUNTY DEFENDANTS** |

      Plaintiffs Deshawn Briggs, Lucia Soria and Antonio Pascale, as Personal Representative of the Estate of Mark Pascale, ("Plaintiffs") and Defendants Maricopa County and Maricopa County Attorney Allister Adel ("County Defendants") provide

1

notice that they have reached a settlement of Plaintiffs' request for attorneys' fees and costs asserted against County Defendants, conditioned upon finalizing related settlement and dismissal documentation and obtaining related formal approval of the Maricopa County Board of Supervisors.

RESPECTFULLY SUBMITTED this 27th day of January, 2021.

ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

BY: /s/Ann Thompson Uglietta
ANN THOMPSON UGLIETTA
JOSEPH J. BRANCO
HOWARD LEVINE
Deputy County Attorneys
*Attorneys for Defendants Maricopa County and Maricopa County Attorney Allister Adel*

BY: /s/Joshua D. Bendor
Timothy J. Eckstein
Joshua D. Bendor
OSBORN MALEDON
2929 N. Central Ave., Suite 2100
Phoenix, Arizona 85012-2793

Katherine Chamblee-Ryan
Olevia Boykin
CIVIL RIGHTS CORPS
1601 Connecticut Ave. NW, Suite 800
Washington, D.C. 20009

Stanley Young
COVINGTON & BURLING LLP
5 Palo Alto Sq.
Palo Alto, CA 94306

Sarah MacDougall
COVINGTON & BURLING LLP
620 8th Avenue
New York, New York 100018

Virginia A. Williamson
COVINGTON & BURLING LLP
850 10th St. NW
Washington D.C. 20001
*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2021, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable Eric J. Markovich
United States District Court
Evo A. DeConcini U.S. Courthouse
405 West Congress Street, Suite 3160
Tucson, AZ 85701

Katherine Chamblee-Ryan
Olevia Boykin
CIVIL RIGHTS CORPS
1601 Connecticut Ave. NW., Suite 800
Washington, D.C. 20009
(202) 656-5189
katie@civilrightscorps.org
olevia@civilrightscorps.org
ryan@civilrightscorps.org
*Attorneys for Plaintiffs*

Timothy J. Eckstein, 018321
Joshua D. Bendor, 031908
OSBORN MALEDON, P.A.
2929 N. Central Ave., Suite 2100
Phoenix, Arizona 85012-2793
(602) 640-9000
teckstein@omlaw.com
jbendor@omlaw.com
*Attorneys for Plaintiffs*

Stanley Young
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306-2112
syoung@cov.com
*Attorney for Plaintiffs*
…
…

Sarah MacDougall
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
smacdougall@cov.com
*Attorneys for Plaintiffs*

Virginia A. Williamson
Covington & Burling LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
vwilliamson@cov.com
nbaer@cov.com
*Attorneys for Plaintiffs*

Kelly A. Kszywienski
Robert A. Henry
Amanda Z. Weaver
Snell & Wilmer LLP - Phoenix, AZ
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
kkszywienski@swlaw.com
bhenry@swlaw.com
aweaver@swlaw.com
Phxecf@swlaw.com
*Attorneys for Defendant Treatment Assessment Screening Center, Inc.*

/s/ S. Rojas