| | |
|---|---|
| Timothy J. Eckstein, 018321<br>Joshua D. Bendor, 031908<br>OSBORN MALEDON, P.A.<br>2929 N. Central Ave., Suite 2100<br>Phoenix, Arizona  85012-2793<br>(602) 640-9000<br>teckstein@omlaw.com<br>jbendor@omlaw.com<br><br>Katherine Chamblee-Ryan, *(pro hac vice)*<br>CIVIL RIGHTS CORPS<br>910 17th Street NW, Second Floor<br>Washington, D.C. 20002<br>(202) 656-5189<br>katie@civilrightscorps.org | COVINGTON & BURLING LLP<br>Stanley Young *(pro hac vice)*<br>5 Palo Alto Sq.<br>Palo Alto, CA 94306<br>(650) 632-4704<br>syoung@cov.com<br><br>Sarah Mac Dougall *(pro hac vice)*<br>620 8th Avenue<br>New York, New York, 10018<br>smacdougall@cov.com<br><br>Virginia Williamson *(pro hac vice)*<br>850 10th St. NW<br>(202) 662-5983<br>vwilliamson@cov.com |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deshawn Briggs, et al.,<br>　　　　　　　Plaintiffs,<br>v.<br>Allister Adel, in her official capacity as County Attorney of Maricopa County, et al.,<br>　　　　　　　Defendants. | No.  CV-18-2684-PHX-EJM<br><br>**PLAINTIFFS' NOTICE OF SERVICE OF DISCOVERY** |

Plaintiffs, by and through undersigned counsel, hereby notifies the Court that they served Plaintiffs' Third Set of Requests for Production to Defendant TASC upon counsel for Defendant TASC by electronic mail on January 28, 2021.

DATED this 28th day of January, 2021.

OSBORN MALEDON, P.A.

By s/ Joshua D. Bendor
　　Timothy J. Eckstein
　　Joshua D. Bendor
　　2929 N. Central Ave., Suite 2100
　　Phoenix, Arizona  85012-2793

　　Katherine Chamblee-Ryan (pro hac vice)
　　CIVIL RIGHTS CORPS
　　910 17th Street NW, Second Floor
　　Washington, D.C. 20002

　　COVINGTON & BURLING LLP
　　Stanley Young (pro hac vice)
　　5 Palo Alto Sq.
　　Palo Alto, CA 94306

　　Sarah Mac Dougall (pro hac vice)
　　620 8th Avenue
　　New York, New York, 10018

　　Virginia Williamson (pro hac vice)
　　850 10th St. NW
　　Washington, D.C. 20001

　　Attorneys for Plaintiffs

8846348