Timothy J. Eckstein, 018321
Joshua D. Bendor, 031908
OSBORN MALEDON, P.A.
2929 N. Central Ave., Suite 2100
Phoenix, Arizona 85012-2793
(602) 640-9000
teckstein@omlaw.com
jbendor@omlaw.com

Stanley Young
COVINGTON & BURLING LLP
5 Palo Alto Square
Palo Alto, California 94306
(650) 632-4704
syoung@cov.com

Katherine Chamblee-Ryan
Ryan Downer
CIVIL RIGHTS CORPS
1601 Connecticut Ave. NW, Suite 800
Washington, D.C. 20009
(202) 656-5189
katie@civilrightscorps.org
ryan@civilrightscorps.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deshawn Briggs, *et. al.*,<br><br>    Plaintiffs,<br>v.<br><br>Allister Adel, *et. al.*,<br><br>    Defendants. | No. CV-18-2684-PHX-EJM<br><br>**NOTICE OF ERRATA IN PLAINTIFFS' REPLY ON MOTION TO QUASH DEFENDANT TASC'S SUBPONEA TO SLEPIAN SMITH, PLLC** |

In Plaintiffs' Reply Regarding Plaintiffs' Motion to Quash Defendant TASC's Subpoena to Slepian Smith, PLLC, Plaintiffs stated in a footnote that Defendant TASC had not yet produced the documents it obtained from its third-party subpoena to AHCCCS. *See* Reply (Doc. 235) at 5 n. 3. However, Plaintiffs have since realized that this was an error, and Defendant TASC has in fact produced these documents.

DATED this 29th day of January, 2021.

|   |   |
|---|---|
| 1 | |
| 2 | By /s/Katherine Chamblee-Ryan |
| 3 | Katherine Chamblee-Ryan |
|   | Ryan Downer |
| 4 | CIVIL RIGHTS CORPS |
|   | 1601 Connecticut Ave. NW, Suite 800 |
| 5 | Washington, D.C. 20009 |

By /s/Katherine Chamblee-Ryan
Katherine Chamblee-Ryan
Ryan Downer
CIVIL RIGHTS CORPS
1601 Connecticut Ave. NW, Suite 800
Washington, D.C. 20009

Timothy J. Eckstein
Joshua D. Bendor
OSBORN MALEDON
2929 N. Central Ave., Suite 2100
Phoenix, Arizona  85012-2793

COVINGTON & BURLING LLP
Stanley Young
5 Palo Alto Sq.
Palo Alto, CA 94306
(650) 632-4704
syoung@cov.com

Sarah Mac Dougall
620 8th Avenue
New York, New York, 10018
(212) 841-1215
smacdougall@cov.com

Virginia Williamson
850 10th St. NW
Washington, D.C. 20001
(202) 662-5983
vwilliamson@cov.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2021 I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable Eric J. Markovich
United States District Court
Evo A. DeConcini U.S. Courthouse
405 West Congress Street, Suite 3160
Tucson, Arizona 85701

Robert Arthur Henry
Jennifer Hadley Catero

Kelly Ann Kszywienski
Amanda Z. Weaver
Snell & Wilmer LLP - Phoenix, AZ
1 Arizona Center
400 East Van Buren
Phoenix, Arizona 85004-2202
bhenry@swlaw.com
jcatero@swlaw.com
kkszywienski@swlaw.com
aweaver@swlaw.com
Phxecf@swlaw.com
*Attorneys for Defendant Treatment Assessment Screening Center, Inc.*

ANN THOMPSON UGLIETTA
JOSEPH BRANCO
Deputy County Attorneys
Maricopa County Attorney's Office
CIVIL SERVICES DIVISION
Security Center Building
222 North Central Avenue, Suite 1100
Phoenix, Arizona  85004
uglietta@mcao.maricopa.gov
brancoj@mcao.maricopa.gov
ca-civilmailbox@mcao.maricopa.gov

*Attorneys for Defendants Maricopa County and Maricopa County Attorney Adel*

                                                /s/ Katherine-Chamblee Ryan