Timothy J. Eckstein, 018321
Joshua D. Bendor, 031908
OSBORN MALEDON, P.A.
2929 N. Central Ave., Suite 2100
Phoenix, Arizona 85012-2793
(602) 640-9000
teckstein@omlaw.com
jbendor@omlaw.com

Stanley Young
COVINGTON & BURLING LLP
5 Palo Alto Square
Palo Alto, California 94306
(650) 632-4704
syoung@cov.com

Katherine Chamblee-Ryan
CIVIL RIGHTS CORPS
1601 Connecticut Ave. NW, Suite 800
Washington, D.C. 20009
(202) 656-5189
katie@civilrightscorps.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deshawn Briggs, *et. al.*,<br><br>　　　　　　　Plaintiffs,<br>v.<br>Allister Adel, *et. al.*,<br><br>　　　　　　　Defendants. | No.  CV-18-2684-PHX-EJM<br><br>**JOINT REPORT ON SETTLEMENT** |

Pursuant to this Court's Order on September 14, 2020 (Doc. 182), Plaintiffs and Defendant TASC submit this Joint Settlement Status Report.

Plaintiffs and Defendant TASC participated in a settlement conference with Judge Rateau on January 26, 2021.  The parties did not reach a settlement.  The parties left open the possibility of a further settlement conference after motions for class certification have been decided.

DATED this 1st day of February, 2021.

By  s/Joshua D. Bendor
Katherine Chamblee-Ryan
CIVIL RIGHTS CORPS
1601 Connecticut Ave. NW, Suite 800
Washington, D.C. 20009

Timothy J. Eckstein
Joshua D. Bendor
OSBORN MALEDON
2929 N. Central Ave., Suite 2100
Phoenix, Arizona  85012-2793

COVINGTON & BURLING LLP
Stanley Young
5 Palo Alto Sq.
Palo Alto, CA 94306
(650) 632-4704
syoung@cov.com

Sarah Mac Dougall
620 8th Avenue
New York, New York, 10018
(212) 841-1215
smacdougall@cov.com

Virginia Williamson
850 10th St. NW
Washington, D.C. 20001
(202) 662-5983
vwilliamson@cov.com

*Attorneys for Plaintiffs*

SNELL & WILMER L.L.P.

By: s/ Jennifer Hadley Catero (w/permission)
Robert A. Henry
Kelly A. Kszywienski
Amanda Z. Weaver
Jennifer Hadley Catero
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202

*Attorneys for Defendant Treatment Assessment Screening Center, Inc.*