Robert A. Henry (#015104)
Jennifer Hadley Catero (#018380)
Kelly A. Kszywienski (#025578)
Amanda Z. Weaver (#034644)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: bhenry@swlaw.com
       jcatero@swlaw.com
       kkszywienski@swlaw.com
       aweaver@swlaw.com
*Attorneys for Defendant Treatment Assessment Screening Center, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deshawn Briggs, et al., | No. CV2018-02684-EJM |
| Plaintiffs, | **NOTICE OF SERVICE OF TREATMENT ASSESSMENT SCREENING CENTER, INC.'S SIXTH, SEVENTH, AND EIGHTH SUPPLEMENTAL RESPONSES TO MANDATORY INITIAL DISCOVERY** |
| v. | |
| William Montgomery, et al., | |
| Defendants. | |

Defendant Treatment Assessment Screening Center, Inc. ("TASC") gives notice that on: (1) October 2, 2020, it served its Sixth Supplemental Responses to Mandatory Initial Discovery on all parties via electronic mail; (2) December 4, 2020, it served its Seventh Supplemental Responses to Mandatory Initial Discovery on all parties via electronic mail; and (3) January 12, 2021, it served its Eighth Supplemental Responses to Mandatory Initial Discovery on all parties via electronic mail.

DATED this 3rd day of January, 2021.

                                              SNELL & WILMER L.L.P.

                                              By: *s/ Amanda Z. Weaver*
                                                    Robert A. Henry
                                                    Jennifer Hadley Catero
                                                    Kelly A. Kszywienski
                                                    Amanda Z. Weaver
                                                    One Arizona Center
                                                    400 E. Van Buren, Suite 1900
                                                    Phoenix, Arizona  85004-2202

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 3, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

By: *s/ Pati Zabosky*

4822-7998-3554