ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

By:   ANN THOMPSON UGLIETTA (013696)
       JOSEPH BRANCO (031474)
       HOWARD LEVINE (035170)
       Deputy County Attorneys
       uglietta@mcao.maricopa.gov
       brancoj@mcao.maricopa.gov
       levineh@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4317
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorneys for Defendants Maricopa County and
Maricopa County Attorney Allister Adel

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deshawn Briggs, et al.,<br><br>            Plaintiffs,<br>v.<br><br>Allister Adel, in her official capacity as County Attorney of Maricopa County, et al.,<br><br>            Defendants. | CV-18-02684-PHX-EJM<br><br>**PLAINTIFFS' AND COUNTY DEFENDANTS' JOINT SETTLEMENT STATUS REPORT**<br><br>[**Docs. 199, 212, 228**] |

Per the Court's Orders dated November 3, 2020 [Doc. 199], December 8, 2020 [Doc. 212] and January 19, 2021 [Doc. 228], Plaintiffs and Defendants Maricopa County and Maricopa County Attorney Allister Adel ("County Defendants") provide their joint

1

settlement status report regarding certain attorneys' fees and costs claims, which are the sole issue remaining to be resolved between them in this case.

On January 26, 2021, the Parties reached a settlement in principle regarding the attorneys' fees and costs claims asserted against County Defendants, subject to drafting and agreement on related settlement and dismissal documentation, and subject to the final approval of the Maricopa County Board of Supervisors in formal/open session. On January 27, 2021, the parties filed their Notice of Settlement re: same. [Doc. 234]

On February 3, 2021, County Defendants sent draft settlement and dismissal documentation for Plaintiffs' review. As of the filing of this status report, Plaintiffs continue to review this documentation.

RESPECTFULLY SUBMITTED this 19th day of February 2021.

ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

BY: /s/Ann Thompson Uglietta
    ANN THOMPSON UGLIETTA
    JOSEPH J. BRANCO
    HOWARD LEVINE
    Deputy County Attorneys
    *Attorneys for Defendants Maricopa County and Maricopa County Attorney Allister Adel*

BY: /s/Joshua D. Bendor *(w/permission)*
    Timothy J. Eckstein
    Joshua D. Bendor
    OSBORN MALEDON
    2929 N. Central Ave., Suite 2100
    Phoenix, Arizona 85012-2793

    Katherine Chamblee-Ryan
    Olevia Boykin
    CIVIL RIGHTS CORPS
    1601 Connecticut Ave. NW, Suite 800
    Washington, D.C. 20009

Stanley Young
COVINGTON & BURLING LLP
5 Palo Alto Sq.
Palo Alto, CA 94306

Sarah MacDougall
COVINGTON & BURLING LLP
620 8th Avenue
New York, New York 100018

Virginia A. Williamson
COVINGTON & BURLING LLP
850 10th St. NW
Washington D.C. 20001

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2021, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable Eric J. Markovich
United States District Court
Evo A. DeConcini U.S. Courthouse
405 West Congress Street, Suite 3160
Tucson, AZ 85701

Katherine Chamblee-Ryan
Olevia Boykin
CIVIL RIGHTS CORPS
1601 Connecticut Ave.
NW., Suite 800
Washington, D.C. 20009
(202) 656-5189
katie@civilrightscorps.org
olevia@civilrightscorps.org
ryan@civilrightscorps.org
*Attorneys for Plaintiffs*

Timothy J. Eckstein, 018321
Joshua D. Bendor, 031908
OSBORN MALEDON, P.A.
2929 N. Central Ave., Suite 2100
Phoenix, Arizona 85012-2793
(602) 640-9000

3

teckstein@omlaw.com
jbendor@omlaw.com
*Attorneys for Plaintiffs*

Stanley Young
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306-2112
syoung@cov.com
*Attorney for Plaintiffs*

Sarah MacDougall
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
smacdougall@cov.com
*Attorneys for Plaintiffs*

Virginia A. Williamson
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
vwilliamson@cov.com
nbaer@cov.com
*Attorneys for Plaintiffs*

Kelly A. Kszywienski
Robert A. Henry
Amanda Z. Weaver
SNELL & WILMER LLP - PHOENIX, AZ
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
kkszywienski@swlaw.com
bhenry@swlaw.com
aweaver@swlaw.com
Phxecf@swlaw.com
*Attorneys for Defendant Treatment Assessment Screening Center, Inc.*

*/s/ D. Shinabarger*
S:\CIVIL\CIV\Matters\RM\2018\Briggs v Montgomery RM18-0151\Pleadings\02192021 Jt settl stat rpt.docx