IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deshawn Briggs, et al., | No. CV-18-02684-PHX-EJM |
| Plaintiffs, | **ORDER** |
| v. | |
| County of Maricopa, et al., | |
| Defendants. | |

The Court, having read and considered Defendant Treatment Assessment Screening Center, Inc.'s ("TASC's") Motion to File Under Seal Motion for Summary Judgment and Exhibits and good cause appearing,

**IT IS HEREBY ORDERED** that TASC's Motion is granted for the reasons set forth in its Motion. (Doc. 243).

**IT IS FURTHER ORDERED** that the Clerk shall file under seal the lodged proposed sealed motion for summary judgment, statement of facts, and exhibits. (Doc. 244).

Dated this 10th day of March, 2021.

Eric J. Markovich
United States Magistrate Judge