Timothy J. Eckstein, 018321
Joshua D. Bendor, 031908
OSBORN MALEDON, P.A.
2929 N. Central Ave., Suite 2100
Phoenix, Arizona 85012-2793
(602) 640-9000
teckstein@omlaw.com
jbendor@omlaw.com

Katherine Chamblee-Ryan (*pro hac vice*)
Ryan Downer (*pro hac vice*)
Sumayya Saleh (*pro hac vice*)
CIVIL RIGHTS CORPS
910 17th Street NW, Second Floor
Washington, D.C. 20002
(202) 656-5189
katie@civilrightscorps.org
ryan@civilrightscorps.org
sumayya@civilrightscorps.org

COVINGTON & BURLING LLP
Stanley Young (*pro hac vice*)
5 Palo Alto Sq.
Palo Alto, CA 94306
(650) 632-4704
syoung@cov.com

Sarah Mac Dougall (*pro hac vice*)
620 8th Avenue
New York, New York, 10018
smacdougall@cov.com

Virginia Williamson (*pro hac vice*)
Nicholas Baer (*pro hac vice*)
850 10th St. NW
Washington, D.C. 20001
(202) 662-5983
vwilliamson@cov.com
nbaer@cov.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deshawn Briggs, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>Allister Adel, in her official capacity as County Attorney of Maricopa County, et al.,<br><br>    *Defendants*. | No. CV-18-2684-PHX-EJM<br><br>**PLAINTIFFS' NOTICE OF SERVICE OF DISCOVERY** |

Plaintiffs, by and through undersigned counsel, hereby notify the Court that they served Plaintiffs' Second Set of Interrogatories and Fourth Set of Requests for Production of Documents to Defendant Treatment Assessment Screening Center, Inc. ("TASC") upon counsel for Defendant TASC by electronic mail on March 12, 2021.

1    DATED this 12th day of March, 2021.

2

3                                          By s/ *Nicholas Baer*

4

5    Timothy J. Eckstein
     Joshua D. Bendor
6    OSBORN MALEDON, P.A.
     2929 N. Central Ave., Suite 2100
7    Phoenix, Arizona  85012-2793

8    Katherine Chamblee-Ryan (*pro hac vice*)
     Ryan Downer (*pro hac vice*)
9    Sumayya Saleh (*pro hac vice*)
     CIVIL RIGHTS CORPS
10   910 17th Street NW, Second Floor
     Washington, D.C. 20002

11   COVINGTON & BURLING LLP
     Stanley Young (*pro hac vice*)
12   5 Palo Alto Sq.
     Palo Alto, CA 94306
13
     Sarah Mac Dougall (*pro hac vice*)
14   620 8th Avenue
     New York, New York, 10018
15
     Virginia Williamson (*pro hac vice*)
16   Nicholas Baer (*pro hac vice*)
     850 10th St. NW
17   Washington, D.C. 20001

18   *Attorneys for Plaintiffs*

19

20

21

22

23

24

25

26

27

28

2