Robert A. Henry (#015104)
Jennifer Hadley Catero (#018380)
Kelly A. Kszywienski (#025578)
Amanda Z. Weaver (#034644)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: bhenry@swlaw.com
          jcatero@swlaw.com
          kkszywienski@swlaw.com
          aweaver@swlaw.com
*Attorneys for Defendant Treatment Assessment Screening Center, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deshawn Briggs, et al., <br><br> Plaintiffs, <br><br> v. <br><br> William Montgomery, et al., <br><br> Defendants. | No. CV2018-02684-EJM <br><br> **NOTICE OF SERVICE OF TREATMENT ASSESSMENT SCREENING CENTER, INC.'S NINTH SUPPLEMENTAL RESPONSES TO MANDATORY INITIAL DISCOVERY** |

Defendant Treatment Assessment Screening Center, Inc. ("TASC") gives notice that on March 5, 2021, it served its Ninth Supplemental Responses to Mandatory Initial Discovery on Plaintiffs via electronic mail.

DATED this 22nd day of March, 2021.

                                                  SNELL & WILMER L.L.P.

                                        By: *s/ Amanda Z. Weaver*
                                              Robert A. Henry
                                              Jennifer Hadley Catero
                                              Kelly A. Kszywienski
                                              Amanda Z. Weaver
                                              One Arizona Center
                                              400 E. Van Buren, Suite 1900
                                              Phoenix, Arizona 85004-2202

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

By: *s/ Pati Zabosky*

4822-7998-3554

- 2 -