Robert A. Henry (#015104)
Jennifer Hadley Catero (#018380)
Kelly A. Kszywienski (#025578)
Amanda Z. Weaver (#034644)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: bhenry@swlaw.com
    kkszywienski@swlaw.com
    aweaver@swlaw.com
*Attorneys for Defendant Treatment Assessment Screening Center, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deshawn Briggs, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>William Montgomery, et al.,<br><br>Defendants. | No. CV2018-02684-EJM<br><br>**NOTICE OF SERVICE OF DISCOVERY RESPONSES AND DISCLOSURES** |

Defendant Treatment Assessment Screening Center, Inc. gives notice that it has served the following via electronic mail: (1) its Supplemental Responses to Plaintiffs' First Set of Requests for the Production of Documents to All Defendants to all parties on December 19, 2019;[1] (2) its Response to Plaintiffs' Third Set of Requests for Production of Documents to Defendant TASC on Plaintiffs on March 2, 2021; (3) its disclosure of lay witnesses on all parties on March 5, 2021; and (4) its areas of anticipated expert testimony on all parties on March 19, 2021.

---

[1] TASC just became aware that it did not earlier file a Notice of Service for these Supplemental Responses and hereby rectifies the same.

DATED this 22nd day of March, 2021.

                              SNELL & WILMER L.L.P.

                              By: *s/ Amanda Z. Weaver*
                                    Robert A. Henry
                                    Jennifer Hadley Catero
                                    Kelly A. Kszywienski
                                    Amanda Z. Weaver
                                    One Arizona Center
                                    400 E. Van Buren, Suite 1900
                                    Phoenix, Arizona 85004-2202

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

By: *s/ Pati Zabosky*

4817-4446-3786