# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deshawn Briggs, et al., | No. CV-18-02684-PHX-EJM |
| Plaintiffs, | **ORDER** |
| v. | |
| County of Maricopa, et al., | |
| Defendants. | |

Pending before the Court is Plaintiffs' Motion for Extension of Time to Respond to TASC's Motion for Summary Judgment (First Request). Plaintiffs request a 13-day extension of time, until April 22, 2021. IT IS HEREBY ORDERED granting Plaintiffs' Motion. (Doc. 257).

Dated this 29th day of March, 2021.

Eric J. Markovich
United States Magistrate Judge