IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deshawn Briggs, et al., | No. CV-18-02684-PHX-EJM |
| Plaintiffs, | **ORDER** |
| v. | |
| County of Maricopa, et al., | |
| Defendants. | |

**IT IS HEREBY ORDERED** granting Plaintiffs' Unopposed Motion to File Documents Under Seal (Doc. 255). (*See* LRCiv 5.6).

**IT IS FURTHER ORDERED** that the Clerk shall file under seal the lodged proposed unredacted motion to compel and exhibits. (Doc. 256).

Dated this 29th day of March, 2021.

Eric J. Markovich
United States Magistrate Judge