Robert A. Henry (#015104)
Jennifer Hadley Catero (#018380)
Kelly A. Kszywienski (#025578)
Amanda Z. Weaver (#034644)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202
Telephone:    602.382.6000
Facsimile:    602.382.6070
E-Mail: bhenry@swlaw.com
          jcatero@swlaw.com
          kkszywienski@swlaw.com
          aweaver@swlaw.com
*Attorneys for Defendant Treatment Assessment
Screening Center, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Deshawn Briggs, et al., | No. CV2018-02684-EJM |
|---|---|
| Plaintiffs, | **NOTICE OF SERVICE** |
| v. | |
| Allister Adel, et al., | |
| Defendants. | |

Defendant Treatment Assessment Screening Center, Inc. ("TASC") gives notice that on April 12, 2021, it served the following on Plaintiffs via electronic mail pursuant to written agreement of the parties:

1.    Defendant TASC's Responses and Objections to Plaintiffs' Second Set of Interrogatories to Defendant TASC; and

2.    Defendant TASC's Responses and Objections to Plaintiffs' Fourth Set of Requests for Production.

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

4821-7775-2549

DATED this 13th day of April, 2021.

SNELL & WILMER L.L.P.

By: *s/ Kelly Kszywienski*
Robert A. Henry
Jennifer Hadley Catero
Kelly A. Kszywienski
Amanda Z. Weaver
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202

4821-7775-2549

- 2 -

1

### CERTIFICATE OF SERVICE

2          I hereby certify that on April 13, 2021, I electronically transmitted the foregoing

3     document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4     Notice of Electronic Filing to the CM/ECF registrants on record.

5     By: *s/ Mandy Garsha*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

4821-7775-2549