# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deshawn Briggs, et al., | No. CV-18-02684-PHX-EJM |
| Plaintiffs, | **ORDER** |
| v. | |
| County of Maricopa, et al., | |
| Defendants. | |

Pending before the Court is Plaintiffs' unopposed Motion for Extension of Time to Respond to TASC's Motion for Summary Judgment (Second Request). Plaintiffs request an extension of three business days, until April 27, 2021. IT IS HEREBY ORDERED granting Plaintiffs' Motion. (Doc. 272).

Dated this 19th day of April, 2021.

Eric J. Markovich
United States Magistrate Judge