# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deshawn Briggs, et al., | No. CV-18-02684-PHX-EJM |
| Plaintiffs, | **ORDER** |
| v. | |
| County of Maricopa, et al., | |
| Defendants. | |

Plaintiffs and Defendants Maricopa County and Maricopa County Attorney Allister Adel previously settled all claims and requests for relief asserted against the County Defendants, with the exception of Plaintiffs' request for attorneys' fees and costs incurred prior to May 9, 2020. *See* Doc. 199. Plaintiffs and County Defendants then reached a settlement in principle regarding attorneys' fees and costs. *See* Doc. 234. Plaintiffs and County Defendants last submitted a joint settlement status report on February 19, 2021, stating that Plaintiffs were reviewing draft settlement and dismissal documentation regarding the remaining attorneys' fees and costs claims. *See* Doc. 242. Since that date, no further updates have been provided to the Court. Accordingly,

**IT IS HEREBY ORDERED** that on or before **May 7, 2021** Plaintiffs and County Defendants must file with the Court either a stipulation for dismissal or a case status update.

Dated this 28th day of April, 2021.

Eric J. Markovich
United States Magistrate Judge