**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Deshawn Briggs, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>County of Maricopa, et al.,<br><br>    Defendants. | No. CV-18-02684-PHX-EJM<br><br>**ORDER** |

**IT IS HEREBY ORDERED** granting Plaintiffs' Motion to File Documents Under Seal (Doc. 279). *See* LRCiv 5.6.

**IT IS FURTHER ORDERED** that the Clerk shall file under seal the lodged proposed unredacted controverting statement of facts and exhibits. (Doc. 280).

Dated this 28th day of April, 2021.

*Eric J. Markovich*
United States Magistrate Judge