1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deshawn Briggs, et al., | CV-18-02684-PHX-EJM |
| Plaintiffs, | |
| v. | **ORDER RE: STIPULATED MOTION TO DISMISS WITH PREJUDICE ALL CLAIMS AND ALL REQUESTS FOR ATTORNEYS' FEES AND COSTS ASSERTED AGAINST COUNTY DEFENDANTS** |
| Allister Adel, in her official capacity as County Attorney of Maricopa County, et al., | |
| Defendants. | **[Proposed]** |

Having reviewed the Stipulated Motion to Dismiss with Prejudice All Claims and All Requests for Attorneys' Fees and Costs Asserted Against County Defendants, jointly filed by Plaintiffs Deshawn Briggs, Lucia Soria and Antonio Pascale, as Personal Representative of the Estate of Mark Pascale, ("Plaintiffs") and Defendants Maricopa County and Maricopa County Attorney Allister Adel ("County Defendants"), and good cause appearing therefor, it is hereby ORDERED as follows:

1.  GRANTING the Stipulated Motion to Dismiss with Prejudice All Claims and All Requests for Attorneys' Fees and Costs Asserted Against County Defendants;

2.  ORDERING that each and every claim and each and every request for attorneys' fees and costs asserted against County Defendants in this case, including each and every claim and each and every request for relief for attorneys' fees and costs

asserted against County Defendants alleged by Plaintiffs individually and as putative class representatives on behalf of putative classes and on behalf of themselves as putative class members, is dismissed with prejudice.  Each side shall bear their own attorneys' fees and costs incurred in negotiating and documenting the settlement and related dismissal filings.