# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deshawn Briggs, et al., <br><br> Plaintiffs, <br><br> v. <br><br> William Montgomery, et al., <br><br> Defendants. | NO. CV-18-02684-PHX-EJM <br><br> **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that there is no just reason to delay entry of final judgment pursuant to Federal Rule of Civil Procedure 54(b).  IT IS FURTHER ORDERED, pursuant to the parties' Stipulated Motion to Dismiss with Prejudice All Claims and All Requests for Attorneys' Fees and Costs Asserted Against County Defendants, that this case is dismissed with prejudice. Each party will bear its own costs and attorneys' fees incurred in negotiating and documenting the settlement and related dismissal filings.

Debra D. Lucas
District Court Executive/Clerk of Court

May 5, 2021

s/ M. Espinoza
By    Deputy Clerk
