# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deshawn Briggs, et al., | No. CV-18-02684-PHX-EJM |
| Plaintiffs, | **ORDER** |
| v. | |
| Treatment Assessment Screening Center Incorporated, | |
| Defendant. | |

**IT IS HEREBY ORDERED** granting TASC's Unopposed Motion for Extension of Time to Reply in Support of its Motion for Summary Judgment. (Doc. 290). TASC shall file its Reply on or before **May 21, 2021**.

Dated this 10th day of May, 2021.

Eric J. Markovich
United States Magistrate Judge