# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deshawn Briggs, et al., | No. CV-18-02684-PHX-EJM |
| Plaintiffs, | **ORDER** |
| v. | |
| Treatment Assessment Screening Center Incorporated, | |
| Defendant. | |

Pursuant to Defendant TASC's Motion for Reconsideration and/or Clarification of Order Granting Plaintiffs' Motion to Compel (Doc. 293) and LRCiv 7.2(g), **IT IS HEREBY ORDERED** that Plaintiffs shall file a Response to TASC's motion within seven (7) days of the date of this Order. No Reply shall be filed.

Dated this 12th day of May, 2021.

Eric J. Markovich
United States Magistrate Judge