# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deshawn Briggs, et al., | No. CV-18-02684-PHX-EJM |
| Plaintiffs, | **ORDER** |
| v. | |
| Treatment Assessment Screening Center Incorporated, | |
| Defendant. | |

Upon consideration of the parties' Joint Motion to Amend the Scheduling Order, and good cause appearing therefor, the Court hereby orders as follows:

1. GRANTING the Motion to Amend the Scheduling Order (Doc. 295); and
2. ORDERING:
   a. The dates and deadlines set forth in the Court's Order at Doc. 205 are vacated; and
   b. The new deadlines are set as follows in bold below:
      i. Close of fact discovery: **June 14, 2021**
      ii. Affirmative expert reports: **July 19, 2021**
      iii. Rebuttal expert reports: **August 30, 2021**
      iv. Expert depositions: **October 1, 2021**
      v. Motion for class certification: **October 15, 2021**
      vi. Response to Motion for class certification: **November 12, 2021**
      vii. Reply in support of motion for class certification: **November 30,**

**2021.**

IT IS SO ORDERED.

    Dated this 14th day of May, 2021.

Eric J. Markovich
United States Magistrate Judge