||
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |
| 26 |
| 27 |
| 28 |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deshawn Briggs, et al., | No. CV-18-02684-PHX-EJM |
| Plaintiffs, | **ORDER** |
| v. | |
| Treatment Assessment Screening Center Incorporated, | |
| Defendant. | |

The Court has reviewed TASC's Motion to Supplement TASC's Statement of Facts in Support of its Motion for Summary Judgment. (Doc. 274). Plaintiffs have no objection. (Doc. 291). The Court finds good cause to grant the motion because the new evidence TASC addresses in its proposed supplemental statement of facts is relevant and material to Plaintiffs' claims and TASC's motion for summary judgment. The Court notes, however, that judicial time and resources could have been conserved had TASC simply asked Plaintiffs to consent to the filing of its supplemental statement of facts. *See* Fed. R. Civ. P. 1 ("the court *and the parties* [have an obligation] to secure the just, speedy, and inexpensive determination of every action") (emphasis added). The Court has more pressing matters to review than parties quibbling over the timing of disclosure of documents that both parties agree are relevant to the motion for summary judgment. It can hardly be considered an efficient use of the parties' resources to brief the matter when a simple stipulation would have sufficed, especially in light of the ongoing production in this matter and approaching deadlines.

Accordingly,

**IT IS HEREBY ORDERED** granting TASC's Motion to Supplement. (Doc. 274). The Clerk shall file TASC's Lodged Proposed Supplemental Statement of Facts. (Doc. 275).

**IT IS FURTHER ORDERED** that Plaintiffs shall have ten (10) court days from the Clerk's filing of TASC's Supplemental Statement of Facts to file any supplemental controverting statement of facts.

**IT IS FURTHER ORDERED** that TASC shall have five (5) court days from Plaintiffs' filing of any supplemental controverting statement of facts to file any objections to the statement.

Dated this 17th day of May, 2021.

Eric J. Markovich
United States Magistrate Judge