# EXHIBIT 4

(Exhibit 2 to the Settlement Agreement)

**YOU ARE GETTING THIS LETTER BECAUSE YOU WERE IN TASC'S MARIJUANA DIVERSION PROGRAM IN MARICOPA COUNTY BETWEEN AUGUST 23, 2016 AND AUGUST 15, 2020. YOU MAY BE ELIGIBLE FOR AT LEAST $1,000!**

### What is happening with TASC's marijuana diversion program?
There was a lawsuit over Maricopa County's possession of marijuana deferred prosecution program (POM Program), which was operated by TASC. The people who sued said that they were kept on the program longer solely because they couldn't pay the program fees. A Settlement (a legal agreement) has been proposed to help you, and other people who were on the POM program, get the legal benefits you deserve. The Settlement benefits apply only to people 1) on the POM Program (not any other diversion program), and 2) who were extended on the POM Program because they could not afford to pay the program fees.

### How would I benefit?
Every person who was extended on the POM Program because they could not afford to pay fees will likely receive at least $1,000, plus $15 for every day they were extended on the POM Program. For example,

| I was extended on the POM Program because I could not afford to pay the fees for… | I will receive… |
|---|---|
| …30 days | $1,450 (30 x $15) |
| …60 days | $1,900 (60 x $15) |
| …120 days | $2,800 (120 x $15) |

However, depending on the number of people who file a claim, it is possible that the amount of money will be more or less than the amounts shown.

### What do I need to do to get the money?
<u>Fill out the attached forms</u>. If your POM Program file from TASC and the information you provide show that you were extended on the POM Program solely because you could not afford to pay the program fees, you will get the money as a check if the Court approves the settlement. **If you would like to receive your money electronically, go to www._____.com.**

### What are all of my options?

| |
|---|
| **Remain in the Settlement** |
| **Fill out both of** the attached forms (by _____, 2023): <br> • We will review the information to see if you're entitled to money under the terms of the Settlement <br> • If eligible, receive a check and cash it within 90 days <br> • Give up your right to sue over the same claims <br> • You can receive your money electronically by changing your payment option here:  www._____.com |
| Object (by _____, 2023) <br> • Write to the Court about why you don't like the Settlement terms <br> • Give up your right to sue over the same claims <br> • Information about how to object is here: www._____.com |
| Ask to speak to the Court (by _____, 2023) <br> • Speak to the Court at the Fairness Hearing <br> • Information about how to do so is here: www._____.com |
| **Get out of the Settlement** |
| Exclude yourself from the Settlement by _____, 2022 <br> • Give up your right to receive money from this Settlement <br> • Keep your right to sue over the same claims <br> • Information about how to exclude yourself from the Settlement is here:  www._____.com |

**What happens next?**
We will review the information you submitted and your POM Program file to determine if you qualify for a payment.
The Court has to decide whether to approve the proposed Settlement.

**What if my name or address is wrong?** Go to this website and complete the form:
www._____.com

**I have QUESTIONS or need HELP!**
Call: XXX-XXX-XXXX
OR visit:
www._____.com