# EXHIBIT 10

(Exhibit 8 to the Settlement Agreement)

## <u>DECLARATION OF CHRISTOPHER LONGLEY</u>

I, Christopher Longley, declare as follows:

1.      I am the Chief Executive Officer for Atticus Administration, LLC ("Atticus").  My business address is 1250 Northland Drive Suite 240, Mendota Heights, Minnesota 55120.  My telephone number is (612) 315-9007.  I am over 18 years of age and am authorized to make this declaration on behalf of Atticus and myself.

2.      In 2016, I, along with other experienced legal, financial, digital marketing professionals and brand managers, founded Atticus in order to provide innovative and cost-effective notice campaigns and claims administration services to the class action legal sector.

3.      Prior to founding Atticus, I served as the president of Dahl Administration, LLC, a nationally recognized claims administration company, where I oversaw more than three hundred (300) settlements, including some of the highest profile cases over the last few years, including, for example, In Re Motor Fuel (Hot Fuel) and the Target Data Breach, Financial Institutions class action settlement.

4.      Atticus provides services in class action settlements involving, inter alia, antitrust, consumer fraud, financial services, insurance, ADA, civil rights, and employment matters, including wage and hour and FLSA collective actions.

5.      Atticus's core competencies include pre-certification mailings, claims administration including the processing of claim forms, claim validation and anti-fraud detection, data preparation and data management, accounting services and tax reporting, qualified settlement fund management and escrow services, and distribution of funds.

6.      Since its inception, Atticus has provided administrative services in nearly 900 class action settlements and has disbursed approximately $985,000,000.  Among the founders and team

1

members of Atticus, collectively we have administered over 1,300 settlements and have disbursed over $2,000,000,000 in settlement funds.

## NOTICE PROCESSES AND PROCEDURES

7.       Atticus understands that all potential class members will receive a Short Form Notice (Exhibit 2), Verification of Income Form (Exhibit 5), and PHSA Release (Exhibit 6) to be completed and returned to Atticus by mail, email, or through the interactive Settlement Website. Potential class members who return the completed forms—and who are income eligible—will be further assessed for class membership eligibility per the terms and conditions set out in the Settlement and according to the process set out in Exhibit 4.

8.       In accordance with the terms of the Settlement Agreement, Atticus will mail the Notice of Settlement ("Notice") to potential class members at their last known address via prepaid postage first class mail through the United States Postal Service. Prior to mailing the Notice, Atticus will verify the last known address using the National Change of Address (NCOA) database maintained by the United States Postal Office. If an updated address is found, that updated address shall be treated as the new last known address for purposes of this mailing and subsequent mailings. Any Notices that are returned will be processed, skip-traced, and re-mailed if a new address is obtained.

9.       Atticus uses a variety of tools for skip-tracing purposes in order to find a more current address for Notices returned as undeliverable without a forwarding address. These tools include professional resources to locate potential class members for Noticing purposes. In some instances, Atticus utilizes the services of professional address search firms to locate missing potential class members for noticing and to distribute settlement funds.

10.       Atticus will also issue and distribute the short form notice via social media and local newspapers.

11.     Atticus will establish a Settlement Website,  where it will post the Long Form Notice, Ex. 3. It will also provide general information about the Settlement, contain downloadable versions of relevant court documents, forms, important dates, contact information, and answers to Frequently Asked Questions (FAQs). Potential class members will be able file a claim online using our interactive features. In addition, Atticus will provide an email address allowing for potential class members to email questions or forms to Atticus. There will also be a dedicated toll-free number, which will provide live bilingual phone support for those who may have questions about the Settlement.

## SETTLEMENT ADMINISTRATION FEES

12.     The fee for the administration of this Settlement is to be paid to Atticus Administration. A copy of our Bid and Identified Scope of Work is appended to this Declaration.


**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

**Executed on March 8, 2023, in Saint Paul, Minnesota.**


_____

Christopher Longley

3

Atticus Administration, LLC
Chris Longley - CEO

**Briggs v. TASC**

Prepared for

---

**Ryan C. Downer| Director of Litigation**
ryancivilrightscorps.org
P: 202.894.6146

Civil Rights Corps
1601 Connecticut Avenue, NW   8th Floor
Washington, DC  20009



Class Action Administration

Estimate E2022-01-E17
Briggs v. TASC

Prepared on March 9, 2023
By Chris Longley – CEO | Atticus Administration LLC

# Estimate Summary

| Atticus Services & Cost Description | |
|---|---|
| NOTICE MAILING-Mailed First Class | $30,009 |
| *Initial Notice (10 pages)* | Included |
| *Undeliverable/Return Mail Processing/remails* | Included |
| *English only* | Included |
| PROJECT MANAGEMENT/ADMIN FEES/Technical | $12,500 |
| CLAIMS (including cures)  assumed at 12% | $13,543 |
| CAFA (limited scope) | $ 350 |
| COMMUNICATIONS | $4,569 |
| *PO Box rental, objections* | Included |
| *IVR and 800# w/ live operators* | Included |
| *Website (interactive – claims filing capability)* | Included |
| *correspondence* | Included |
| FUND, TAX,  REPORTING | $3,056 |
| *setup QSF, file annual tax returns, file & distribute 1099's (where necessary). 1099's mailed with check (no postage)* | included |
| DISTRIBUTION | $8,283 |
| *check printing, payment calculation & verification, bank fees* | included |

**TOTAL:**                                        **$72,310**

## Key Assumptions

- Class Size: **8,000 class members**
- Notices in English only (10 pages for each notice – includes a claim form).
- Includes Digital Media plan (social media plan) – see Plan document.
- Data review, cleansing and preparing file for mailing; including NCOA, and new address searches (skip-tracing).
- Includes CAFA (limited scope filings)
- Communications includes PO box rental and correspondence.  Also includes dedicated 800# with IVR and live operators.
- Communications includes a case website with interactive (claims filing) capability.
- Includes 1099 reporting (where necessary).
- All class members must file a valid claim to receive an award check.
- Overall claims rate assumed at 12%.  Claims pricing includes cure letters and rejection letters.

---

PRINT NAME

Client Signature

*By signing above, I understand and agree to the pricing terms and services to be provided by Atticus Administration for the stated project.*

*PLEASE NOTE: This estimate and pricing is for the services stated herein and is valid for 30 days from the date of the estimate. If the Settlement Agreement or other service scope document(s) require additional services not included or priced in this estimate, we will separately price those scope changes and submit an updated quote prior to proceeding with the work.*

---

ROLE

Date

**Payment Terms:**
*40% payable at Notice*
*FINAL 60% payable at Distribution*



Estimate E2022-01-E17 | Briggs v. TASC                    March 9, 2023

# Detailed Budget

## Atticus Services & Cost Description

| DESCRIPTION | | UNITS | | SUBTOTAL |
|---|---|---|---|---|
| **NOTICE MAILING (Data Cleansing & Analysis) Mailed First Class** | | **8,000** | **Class Mbrs** | **$30,009** |
| Class Data List - Cleaning & Processing | | 70.00 | Hrs | $7,280 |
| Class Notice Review - Proof/Finalize/Print Set-Up | | 5.00 | Hrs | $520 |
| Digital Media (Social Media) plan    see Media Plan document | | | | $8,000 |
| Class Notice Translation: ENG  -> SPANISH     2 pages | | 2 | pages | $438 |
| PRINTING Class Notice     4 pgs: 3 shts doublesided (incl claim form) | 4 | 32,000 | Printed Pages | $4,200 |
| Postage Stamp (within 1 ounce max weight) | | 8,000 | ct to mail | $4,200 |
| Undeliverable/ NCOA /Return Mail Processing & Remail (7%) | | 560 | 7% of class | $946 |
| BRE postage | | 480 | | $353 |
| Notice Request Re-Mailing | | 240 | 3% of class | $979 |
| Reminder Postcard Mailing (print + postage) | | 7,600 | ct to print mail | $3,093 |
| **PROJECT MANAGEMENT** | | **96** | **hrs** | **$12,000** |
| **TECHNICAL SET UP (includes project kick-off)** | | **4** | **hrs** | **$500** |
| **CAFA (limited scope)** | | | | **$350** |
| **CLAIMS (incl. cures)  10% Response Rate** | | **960** | **12%** | **$13,543** |
| **COMMUNICATIONS** | | | | **$4,569** |
| Telephone - Set-Up & Monthly Fee | | 6 Months | | $285 |
| Website (informational only) | | 6 Months | | $2,500 |
| Telephone - Messages IVR  Live Operators | | 6 Months | | $873 |
| PO Box - Setup & Monthly Fee | | 6 Months | | $100 |
| Correspondence - Mail / Opt-Out / Telephone call backs | | various | | $813 |
| **FUND, TREASURY & TAX Reporting** | | | | **$3,056** |
| Set-Up QSF | | 4.00 | Hrs | $520 |
| Prepare/File Annual Fund Return, Payroll, Unemployment, Wage & Tax Forms | | 16.00 | Hrs | $2,080 |
| Mail 1099's     no postage - mailed with check | | - | postage | $0 |
| Print 1099's | | 480 | 1099's | $456 |
| **DISTRIBUTION, Payment Calculations & Reporting** | | | | **$8,283** |
| Cover Letter & Check - Design/Review/Finalize | | 4.00 | Hrs | $416 |
| Payment Data - Calculate & Verify Payments | | 24.00 | Hrs | $2,496 |
| Prepare Payment Reports + check reissues | | 32.00 | Hrs | $3,328 |
| Check - Print Set-up/Printing/Mail Prep + replacements | 70% | 672 | checks | $769 |
| Check Mailing Postage (will be 1x mailings) | | 672 | mailed | $423 |
| Check - Undeliverable/ NCOA /Return Mail Processing & Remail   (5% Return) | | 34 | 5.0% est | $168 |
| Bank Fees (Account Set-Up & Monthly Fee) | | 6 | months | $683 |
| **DATA STORAGE** | | **n/a** | | **$0** |
| | | **TOTAL** | | **$72,310** |

## Operating Assumptions

- Class Size: **8,000 - class members**

- Class Notice form 10 pages total - double sided printing (English only), includes a claim form. Price includes postage and handling fees.

- Includes Digital Media plan (social media).

- Data review, cleansing and preparing file for mailing; including NCOA, and new address searches, and skip tracing if required for notice re-mails.

- Includes CAFA filings.

- Valid claim required for an award check. Claims rate assumed at 5%.

- Communications includes, PO BOX, mail correspondence.  Also includes dedicated 800# with IVR and live operators during business hours.

- Communications includes website with interactive claims filing capability.

- Project management assumes 100 hours at a blended rate of $125 per hour.  Includes summary reporting on a weekly basis.

- Qualified Settlement fund assumes 12 months. Price includes tax reporting both state and federal returns. All bank fees are included in pricing.

- Disbursement includes positive pay "anti-fraud" features.



# Thank you



Chris Longley – CEO

612-315-9007 (Direct)
651-755-2552 (Cell)
clongley@atticusadmin.com

1250 Northland Drive Suite 240
Mendota Heights MN 55120